■ JUDITH S. TUFEL, Appellant, v WINTHROP UNIVERSITY HOSPITAL ASSOCIATION et al., Respondents. [646 NYS2d 463] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Collins, J. (Appeal from Order of Supreme Court, Nassau County, Collins, J.—Vacate Dismissal.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.